UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GULF CATERING COMPANY FOR GENERAL TRADE AND CONTRACTING, WLL, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-01800 |
| | § | |
| KELLOGG BROWN & ROOT INTERNATIONAL INC, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Motion to Dismiss filed on July 17, 2013 (Doc. 4) this case is DISMISSED with prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 3rd day of October, 2013.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE